**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**


To: Chris Daniel                                           February 11, 2015

County:  Harris (Criminal)

Subject:  RETURN OF ORIGINAL EXHIBITS

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-10-01044-CR | Darrell Jones v The State of Texas | 1279614 |
|---|---|---|
| | State's Exhibit 124, a CD | |
| | State's Exhibit 124A, a CD | |


Received by: _____


Received on: _____